# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2734

_____

FERNANDO MARRERO,

  Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

  Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

July 18, 2019

PER CURIAM.

  The petition for writ of certiorari is denied on the merits.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Fernando Marrero, pro se, Petitioner.

Rana Wallace, General Counsel; Thomas A. Klein and Mark J. Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.